IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

FILED IN CHAMBERS
U.S.D.C. Rome

APR 1 2025

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

v.

ARIEL N. CLAYTON

Criminal Action No.

4:25-MJ-20

## Government's Motion for Detention

The United States of America, by Richard S. Moultrie, Jr., Acting United States Attorney, and Samir Kaushal, Assistant United States Attorney for the Northern District of Georgia, moves the Court, pursuant to 18 U.S.C. § 3143(a), to detain the defendant Ariel N. Clayton until her sentencing. The Court should detain Clayton unless she establishes by clear and convincing evidence that she is not likely to flee or pose a danger to the safety of any other person or to the community.

Dated: April 1, 2025.

Respectfully submitted,

RICHARD S. MOULTRIE, JR.
*Acting United States Attorney*

_____
Samir Kaushal
Assistant United States Attorney
Ga. Bar No. 935285

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000

## Certificate of Service

The United States Attorney's Office served this document today by handing a copy to defense counsel:

Federal Defender

April 1, 2025

_____
SAMIR KAUSHAL
*Assistant United States Attorney*